This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40724**

**STATE OF NEW MEXICO,**

　　　Plaintiff-Appellee,

v.

**JOSEPH VALLEJOS,**

　　　Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Dustin K. Hunter, District Court Judge**

Raúl Torrez, Attorney General
Lindsay Stuart, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Joelle N. Gonzales, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**ATTREP, Chief Judge.**

**{1}**　Defendant appeals his convictions for involuntary manslaughter and tampering with evidence. [CN 1] In our notice of proposed disposition, we proposed to reverse Defendant's conviction for tampering with evidence for insufficient evidence [CN 5-6] and affirm Defendant's conviction for involuntary manslaughter. [CN 2-5] The State has responded to this Court's notice of proposed disposition, stating that it will not be filing a memorandum in opposition to that disposition. [State's Resp. 1] Additionally, Defendant responded to our proposed disposition also stating that he will not be filing a

memorandum in opposition. [Defendant's Resp. 1] Accordingly, for the reasons stated in our notice of proposed disposition, we reverse Defendant's conviction for tampering with evidence, affirm his involuntary manslaughter conviction, and remand this case to the district court for further proceedings consistent with this opinion.

{2}    IT IS SO ORDERED.

**JENNIFER L. ATTREP, Chief Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**MEGAN P. DUFFY, Judge**